FILED
CLERK, U.S. DISTRICT COURT
JUN 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO ROSA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAN BERNARDINO COUNTY SHERIFFS, et al.,<br><br>　　　　Defendants. | Case No. EDCV 07-1574-DOC (OP)<br><br>AMENDED ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fifth Amended Complaint, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that the Judgment be entered: (1) approving and adopting this Amended Report and Recommendation; (2) dismissing the Fifth Amended Complaint without leave to amend for failure to follow the Court's order; and (3) directing that Judgment be entered dismissing this action with prejudice.

DATED: June 15, 2011

*[signature]*
HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

*[signature]*
HONORABLE OSWALD PARADA
United States Magistrate Judge