Priority —
Send —
Enter —
Closed —
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only ✓

FILED
CLERK, U.S. DISTRICT COURT
JUN 1 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO ROSA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAN BERNARDINO COUNTY SHERIFFS, et al.,<br><br>　　　　Defendants | Case No. EDCV 07-1574-DOC (OP)<br><br>A M E N D E D<br>J U D G M E N T |

　　　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

///

///

///

1 | IT IS ADJUDGED that the Fifth Amended Complaint is dismissed with
2 | prejudice.

DATED: June 15, 2011

*[signature]*
HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

*[signature]*

HONORABLE OSWALD PARADA
United States Magistrate Judge